# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NATALIE ROHDE,

    Plaintiff,

v.                                           Case No: 8:23-cv-829-WFJ-AAS

HKM PINELLAS LLC,

    Defendant.
_____/

## ORDER

**UPON DUE AND CAREFUL CONSIDERATION** of the parties' submissions as required by *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), it is **ORDERED AND ADJUDGED** that the Joint Motion for Court Approval of Settlement Agreement and to dismiss the case with prejudice (Dkt. 36) is granted. The Court specifically approves the parties' settlement agreement attached to the motion as Exhibit A. The case is dismissed with prejudice. The Court will retain jurisdiction to enforce the settlement up to an including March 26, 2024. The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on January 29, 2024.

                                              s/*William F. Jung*
                                              **WILLIAM F. JUNG**
                                              **UNITED STATES DISTRICT JUDGE**

**Copies furnished to**:
Counsel of Record